■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARRY ARTHUR, Appellant. [790 NYS2d 890]—Appeal by the defen-

dant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered January 12, 2004, convicting him of attempted burglary in the second degree and possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly denied the defendant's request to charge the lesser-included offense of attempted criminal trespass in the second degree. Viewed in the light most favorable to the defendant (*see People v Martin*, 59 NY2d 704, 705 [1983]), there was no reasonable view of the evidence which would support a finding that the defendant committed attempted criminal trespass in the second degree but did not commit attempted burglary in the second degree (*see* CPL 300.50; *People v Glover*, 57 NY2d 61 [1982]; *People v Rickett*, 259 AD2d 636, 637 [1999]; *People v Oswald*, 245 AD2d 532 [1997]; *People v Vargas*, 168 AD2d 586 [1990]). Adams, J.P., Krausman, Rivera and Lifson, JJ., concur.